ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KLAUBER BROTHERS, INC., a New York corporation,

                Plaintiff,

      - against -

SENSUAL, INC., individually and doing business as "IHL GROUP", a New York corporation; LORD & TAYLOR ECOMM LLC, a Delaware limited liability company; and DOES 1 through 10,

                Defendants.

22 Civ. 0395 (LLS)

ORDER



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/22

    It having been reported to the Court that this action is settled, it is

    ORDERED, that this action is dismissed with prejudice but without costs; provided, however, that within thirty (30) days of the date of the Order either party may apply by letter for restoration of the action to the Court's calendar.

    So Ordered.

Dated:    New York, New York
            July ~~30,~~ 1, 2022

                                        Louis L. Stanton
                                        LOUIS L. STANTON
                                            U.S.D.J.  7/1/22